Judgment in a Civil Case

# United States District Court
## WESTERN DISTRICT OF NEW YORK

KENNETH A. DROZDOWSKI

v.

CAROLYN W. COLVIN

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 15-CV-292R

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that the plaintiff's motion for judgment on the pleadings is granted in part; that the Commissioner's motion is denied; and the case is remanded to the Commissioner for further administrative proceedings.

Date: September 29, 2016

MARY C. LOEWENGUTH
CLERK OF COURT

By: <u>Kirstie L. Henry</u>
     Deputy Clerk